

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2020

No. 04-19-00592-CV

**IN RE THE ESTATE OF HAROLD G. SCOTT, JR.,**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2013-PC-4111
Honorable Oscar J. Kazen, Judge Presiding

# O R D E R

Appellant's reply brief was originally due to be filed on January 27, 2020. On January 21, 2020, appellant filed an unopposed motion requesting a fourteen-day extension of time to file the reply brief. Appellant's motion is GRANTED. It is ORDERED that appellant's reply brief, if any, is due no later than February 10, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court